# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| ANGEL DAVID RIOS-ROSA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-00024-MTS |
| | ) |
| SECC FINANCIAL OFFICE MEMBERS, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This closed case is before the Court on Plaintiff's motion to proceed in forma pauperis on appeal. When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith. *See* Doc. [4]. Plaintiff's motion fails to "state[] the issues that [he] intends to present on appeal." Fed. R. App. P. 24(a)(1)(C); *see also* 28 U.S.C. § 1915(a)(1) (providing that a federal court may authorize the commencement of an appeal without the payment of fees upon submission of an affidavit demonstrating that the applicant is unable to pay the fees *and* that identifies the nature of the appeal). With the Court's previous conclusion, and without any indication of the issue or issues Plaintiff intends to present on appeal, the Court cannot now conclude that his appeal is "taken in good faith." *See* 28 U.S.C. § 1915(a)(3).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to proceed in forma pauperis on appeal, Doc. [8], is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to notify the Court of Appeals of this denial of Plaintiff's motion to proceed in forma pauperis on appeal. *See* Fed. R. App. P. 24(a)(4)(A).

Dated this 12th day of April 2023.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE